UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RONALD ELUI ORTEGA HERNANDEZ     CASE NO.  1:26-CV-00786 SEC P

VERSUS     JUDGE JAMES D. CAIN, JR.

TODD M LYONS ET AL     MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner Ronald Elui Ortega Hernandez's petition is **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers on this 4th day of June, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE